IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50322
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOE HERRERA-DOMINGUEZ,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-94-215-DB
- - - - - - - - - -
January 22, 1996
Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Joe Herrera-Dominguez appeals his convictions for importation of marijuana and possession with the intent to distribute marijuana. He argues that the evidence was insufficient to prove the requisite knowledge for both offenses. We have reviewed the arguments and the record. We conclude that the evidence was sufficient.

    AFFIRMED.

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.